MAGDALENA GRAFING et al., as Executrices of DIEDRICK GRAF-ING, Deceased, Appellants, *v.* CATHARINE HEILMANN, Respondent.

*Grafing* v. *Heilmann,* 1 App. Div. 260, affirmed.
(Argued June 11, 1897; decided June 25, 1897.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 11, 1896, which affirmed a judgment in favor of defendant, entered upon a decision of the court on trial at Special Term.

*Horace Secor, Jr.,* for appellants.

*Edward .W. S. Johnston* for respondent.

Judgment affirmed, with costs, on opinion below, but without intending to determine what are the rights to this fund as between the several persons who are mentioned in the letter of August 14, 1893.
All concur, except GRAY, J., absent.